**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**CRUZ VALENCIA-ADATA**                                 **DOCKET NO. 2:23-cv-01164**
**REG. # 51077-056**                                           **SECTION P**

**VERSUS**                                                          **JUDGE JAMES D. CAIN, JR.**

**WARDEN, FCI OAKDALE II**                        **MAGISTRATE JUDGE LEBLANC**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Valenica-Adata's petition be **DENIED** and **DISMISSED**.

**THUS DONE AND SIGNED** in chambers this 31st day of March, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**